IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANNON GREENE, ) | CIVIL ACTION NO. 2:22-cv-848-RJC |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | |
| 7-ELEVEN, INC. d/b/a ) | |
| SEI SPEEDWAY HOLDINGS, LLC ) | |
| d/b/a SPEEDWAY, LLC. ) | |
| ) | |
| **Defendant.** ) | |

## ORDER OF DISMISSAL

AND NOW, this  8th  day of  November , 2022, pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ORDERED that this action be and hereby is, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

By the Court:

 s/Robert J. Colville
United States District Judge